✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUANITA HART | ) | Case No: 2:93cr310-ID-25 |
| | ) | USM No: 09233-002 |
| Date of Previous Judgment: 12/27/1994 | ) | Susan James |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ **DENIED.**   X **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360  months **is reduced to**  288  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  40                Amended Offense Level:  38
Criminal History Category:  I              Criminal History Category:  I
Previous Guideline Range:  292  to  365  months      Amended Guideline Range:  235  to  293  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated  12/27/1994  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  8/19/2009

Effective Date:  9/2/2009
(if different from order date)

_____
Judge's signature

IRA DEMENT
SENIOR U.S. DISTRICT JUDGE
Printed name and title