**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:93cr310-MHT** |
| | ) | |
| **JUANITA HART** | ) | |

## NOTICE OF APPEARANCE

    **COMES NOW** the undersigned counsel, Patricia V. Kemp, and enters her appearance as

counsel for **JUANITA HART,**  in the above-styled matter.

    Dated this 21st  day of November, 2011.

                     Respectfully submitted,

                     **s/Patricia Kemp**
                     **Patricia Kemp**
                     **ASB-4592-R80K**
                     Federal Defenders
                     Middle District of Alabama
                     817 South Court Street
                     Montgomery, AL 36104
                     TEL:   (334) 834-2099
                     FAX:   (334) 834-0353
                     E-Mail: patricia_kemp@fd.org

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:93cr310-MHT** |
| | ) | |
| **JUANITA HART** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
.

Respectfully submitted,

**s/Patricia Kemp**
**Patricia Kemp**
**ASB-4592-R80K**
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: patricia_kemp@fd.org